UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00034 |
| | ) | JUDGE CAMPBELL |
| TEDRICK DEMUMBRUM | ) | |

## ORDER

Pending before the Court is the Defendant's Motion For Clarification Of Judgment And Sentence (Docket No. 275). The Government shall file a response to the Motion on or before July 15, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE